```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-73885 EDJ |
| **LUCIOUS PAULK and MAUD MARIE PAULK,** | Chapter 13 |
| Debtors. | DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |
| _____/ | |

I, Maud Marie Paulk, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on December 2, 2010, I was the owner of the real property located at 5055 Tehachapi Way, Antioch, CA 94531 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $194,500.00.

    5. The property is encumbered by a First Deed of Trust in favor of BAC Home Loans Servicing, LP in the sum of $539,000.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit A and made a part hereof.

6. U.S. Bank N.A., in its capacity as Trustee for the registered holders of Home Equity Mortgage Trust 2006-2 as successor in interest to Decision One Mortgage Co, LLC is the beneficiary of a Second Deed of Trust against the property in the sum of $87,022.71, as evidenced by its proof of claim filed on December 16, 2010, a copy of which is attached as Exhibit B and made a part hereof.

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 9, 2011               /s/  Maud Marie Paulk
                                      MAUD MARIE PAULK