| UNITED STATES BANKRUPTCY COURT <u>NORTHERN</u>    DISTRICT OF <u>CALIFORNIA</u> | PROOF OF CLAIM |
|---|---|

| Name of Debtor   Paulk,Lucious<br>Paulk,Marie,Maud | Case Number:   10-73885 |
|---|---|

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. Sec. 503.*

| | |
|---|---|
| Name of Creditor(the person or other entity to whom the debtor owes money or property): U.S. Bank N.A.,in its capacity as Trustee for the registered holders of Home Equity Mortgage Trust 2006-2 | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent<br>Ocwen Loan Servicing, LLC<br>Attn:Bankruptcy Department<br>1661 Worthington Rd<br>Suite 100<br>West Palm Beach, FL 33409<br>Phone No: 1-888-554-6599<br>Fax No: 407-737-5634 | **Court Claim Number:**<br>*(If known)*<br><br>Filed on: |

| Name and address where payments should be sent<br>Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>1661 Worthington Rd<br>Suite 100<br>West Palm Beach, FL 33409 | Trustee payments need to be sent to the below:<br>Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>P.O. Box 24781<br>West Palm Beach, FL 33416-4781 | ☐ Check Box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|---|

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**     $ 87022.71<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete     item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. Sec 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. Sec 507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:**     <u>Money loaned</u><br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor`s business, whichever is earlier 11 U.S.C. Sec 507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:**     <u>6181</u><br><br>**3a. Debtor may have scheduled account as:**     <u>2853</u><br>(See instruction #2 on reverse side.) | |
| **4. Secured Claim**(See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**   ☒ Real Estate   ☐ Motor Vehicle   ☐ Other<br>**Describe:**<br>**Property Address:** 5055 , Tehachapi Way , Antioch , CALIFORNIA - 94531<br><br>**Value of Property:**  $ 197000.0    **Annual Interest Rate** <u>10.99000 %</u><br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $ 3900.00       **Basis for perfection:** <u>Secured</u><br><br>**Amount of Secured Claim:**$ 87022.71    **Amount Unsecured:**  $ 0 | ☐ Contributions to an employee benefit plan 11 U.S.C. Sec 507 (a)(5).<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use 11 U.S.C. Sec 507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units 11 U.S.C. Sec 507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other Specify applicable paragraph of 11 U.S.C. Sec 507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.*(See definition of redacted on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br>If the documents are not available, please explain: | **Amount entitled to priority:**<br>$<br><br>*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>12/16/10 | Signature:The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Rushabh Shah, Assistant Manager | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. Secs. 152 and 3571.*

created with evaluation software from www.xmlpdf.com