Entered on Docket
March 22, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: March 22, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-73885 EDJ

**LUCIOUS PAULK and**                     Chapter 13
**MAUD MARIE PAULK,**

              Debtors.     **ORDER VALUING LIEN OF US BANK NA, IN ITS CAPACITY AS TRUSTEE FOR THE REGISTERED HOLDERS OF HOME EQUITY MORTGAGE TRUST 2006-2 AS SUCCESSOR IN INTEREST TO DECISION ONE MORTGAGE CO, LLC**

_____/

On February 14, 2011, Lucious and Maud Paulk (hereinafter Debtors) served a motion to value the lien of U.S. Bank N.A., in its capacity as Trustee for the registered holders of Home Equity Mortgage Trust 2006-2 as successor in interest to Decision One Mortgage Co, LLC (hereinafter Lienholder) against the property commonly known as 5055 Tehachapi Way, Antioch, CA 94531, which lien was recorded in Contra Costa County on or about December 21, 2005 as document 048802401 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows.

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
 1                          COURT SERVICE LIST

 2    Law Offices of Patrick L. Forte
      One Kaiser Plaza, Suite 480
 3    Oakland, CA 94612

 4
      Lucious & Maud Paulk
 5    5055 Tehachapi Way
      Antioch, CA 94531
 6
      Attn: Officer
 7    U.S. Bank National Association
      425 Walnut Street
 8    Cincinnati, Ohio 45202

 9
      Attn: Officer or Managing Agent
10    Ocwen Loan Servicing, LLC
      Attn: Bankruptcy Department
11    1661 Worthington Rd
      Suite 100
12    West Palm Beach, FL 33409

13    Attn: Les Zieve, Esq.
      Ocwen Loan Servicing, LLC
14    C/o Law Offices of Les Zieve
      18377 Beach Blvd., Suite 210
15    Huntington Beach, CA 92648

16    Attn: Officer
      BAC Home Loans Servicing, LP
17    4500 Park Granada
      Calabasas, CA 91302
18
      Attn: Officer
19    BAC Home Loans Servicing, LP
      C/o CT Corporation System
20    818 West Seventh St.
      Los Angeles, CA 90017
21

22

23

24

25

26
```