| | |
|---|---|
| 1 | Cori B. Jones, Esq.<br>CA Bar No. 261018 |
| 2 | MILES, BAUER, BERGSTROM & WINTERS, LLP<br>1231 E. Dyer Road, Suite 100 |
| 3 | Santa Ana, CA 92705<br>(714) 481-9100 / FAX (714) 481-9144 |
| 4 | File No. 13-02277 |
| 5 | Attorneys for Secured Creditor |
| 6 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC2 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| In Re,<br>LUCIOUS PAULK AND MAUD MARIE PAULK,<br><br>Debtor(s). | BK No.: 10-73885-MEH<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |
|---|---|

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC2, requests that all notices given in this case and all papers

///
///
///
///
///
///

1

served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Cori B. Jones, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
PH (714) 481-9100

Dated: 6/17/13

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: *[signature]*
Cori B. Jones, Esq.
Attorney for Secured Creditor

(13-02277/ndrfsn.dot/sbs)