| | |
|---|---|
| 1 | Alan Steven Wolf – Bar No. 94665 |
| | Daniel K. Fujimoto - Bar No. 158575 |
| 2 | THE WOLF FIRM, A Law Corporation |
| | 2955 Main Street, Second Floor |
| 3 | Irvine, CA 92614 |
| | Telephone: (949) 720-9200 |
| 4 | Fax: (949) 608-0128 |
| | Attorneys for Creditor, Bank of New |
| 5 | York Mellon, f/k/a Bank of New York, as |
| | Trustee, on behalf of the registered |
| 6 | holders of Alternative Loan Trust 2006- |
| | OC2, Mortgage Pass-Through |
| 7 | Certificates Series 2006-OC2 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Case No.: 10-73885 |
|---|---|
| Lucious Paulk and Maud Marie Paulk | Chapter: 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID** |
| | **(No Hearing Date Set)** |

TO THE HONORABLE JUDGE M. ELAINE HAMMOND, BANKRUPTCY JUDGE; THE CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE CHAPTER 13 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002 and other rules and provisions of Title 11 of the United States Code, THE WOLF FIRM, attorneys for Creditor BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2006-OC2, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OC2, requests special notice of all matters which must be noticed to creditors, the Creditors' Committee or other parties in interest and further requests inclusion in the mailing grid.

1

REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID

| | |
|---|---|
| 1 | All copies should be sent to the following address: |
| 2 | THE WOLF FIRM, A Law Corporation |
| 3 | 2955 Main Street, Second Floor |
| 4 | Irvine, CA 92614 |
| 5 | Date: July 29, 2014    Respectfully submitted, |
| 6 | THE WOLF FIRM, |
| 7 | A Professional Law Corporation |
| 8 | |
| 9 | By: /s/ Daniel K. Fujimoto |
|   | Daniel K. Fujimoto |
|   | Attorney for Creditor |
| 10 | Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 |

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | |

3    RE:  Lucious Paulk and Maud Marie Paulk
     CASE NO.:  10-73885

I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, California 92614. On July 29, 2014, I served a **REQUEST FOR SPECIAL NOTICE AND FOR INCLSION IN MAILING GRID** on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

SEE ATTACHED LIST MARKED AS
EXHIBIT "1" AND INCORPORATED
HEREIN BY REFERENCE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 29, 2014, at Irvine, California.


/S/ Madelynne T. Anderson
Madelynne T. Anderson

EXHIBIT "1"

RE: Lucious Paulk and Maud Marie Paulk
CASE NO.: 10-73885

**Debtor**:
Lucious Paulk
5055 Tehachapi Way
Antioch, CA 94531

**Debtor**:
Maud Marie Paulk
5055 Tehachapi Way
Antioch, CA 94531

**Debtors' Counsel**:
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

**Chapter 13 Trustee**:
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

**U.S. Trustee**:
Office of the U.S. Trustee - Oakland
1301 Clay Street, Suite 690N
Oakland, CA 94612

4
REQUEST FOR SPECIAL NOTICE AND FOR INCLUSION IN MAILING GRID