UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:  CASE NO. 10-73885-CN 13
          CHAPTER 13

LUCIOUS PAULK
MAUD MARIE PAULK  JUDGE CHARLES NOVACK

          DEBTORS  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Trustee Martha G. Bronitsky files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SELECT PORTFOLIO SERVICING INC

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 22-2 | 7882 | $5,328.20 | $5,328.20 | $5,328.20 |
| Total Amount Paid by Trustee | | | | $5,328.20 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit     **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 25th day of February, 2016.

LUCIOUS PAULK, MAUD MARIE PAULK, 5055 TEHACHAPI WAY, ANTIOCH, CA 94531

ELECTRONIC SERVICE - PATRICK L FORTE ATTY, 1624 FRANKLIN ST #911, OAKLAND, CA 94612

SELECT PORTFOLIO SERVICING INC, 3815 S WEST TEMPLE, SALT LAKE CITY, UT 84115

ELECTRONIC SERVICE - United States Trustee

Date: February 25, 2016          /s/ Trustee Martha G. Bronitsky
                                 Trustee Martha G. Bronitsky
                                 Chapter 13 Trustee
                                 PO Box 5004
                                 Hayward, CA 94540